UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

-----------------------------------------------------------  X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

-----------------------------------------------------------

**This Document Relates to:**

*Stephanie Risa Stein v. Bayer Healthcare Pharmaceuticals Ind., et al.,* No. 3:12-cv-10315

**Judge David R. Herndon**

## ORDER

**HERNDON, Chief Judge:**

The plaintiff has filed an *Ex Parte* motion to amend the caption in her complaint to reflect a change in her last name as a result of marriage. The request for a change in caption to reflect the plaintiff's married name did not necessitate the filing of an *Ex Parte* motion. With regard to any personal identifiers filed in association with the motion, the information was either not necessary or could have been protected via filing under seal and/or redacting certain information in accord with this Court's local rules. *See* S.D. Ill. L.R. 5.1(d). Nothing in this order necessitates that it be sealed or filed ex parte. Accordingly, this order is filed as a public document.

Pursuant to the motion, the plaintiff, Stephanie Risa Stein was recently married and has legally changed her name to Stephanie Risa Balkin. In light of the plaintiff's legal name change, the Court ORDERS as follows:

The Clerk of the Court is DIRECTED to revise the docket to reflect the plaintiff's legal name change from Stephanie Risa Stein to Stephanie Risa Balkin. FURTHER, future filings in this case shall identify the plaintiff by her married name, Stephanie Risa Balkin.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2013.05.24
16:13:59 -05'00'

**Chief Judge**                                              Date: May 24, 2013
**United States District Court**